1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE PG&E CORPORATION

SECURITIES LITIGATION

Case Nos.   18-cv-03509-RS
18-cv-03545-RS
18-cv-04698-RS
18-cv-07128-RS
19-cv-00501-RS

**ORDER OF RECUSAL**

The parties have stipulated that *York County on Behalf of the County of York Retirement Fund v. Rambo*, Case No. 3:19-cv-00994, should be consolidated into the lead action numbered above and that a third amended consolidated class action complaint should be filed governing the actions. Under the court's proportionate, random, and blind assignment system, *York County* was initially assigned to the undersigned when filed. Because the undersigned holds stock ownership in a named party to the *York County* action, a notice of recusal was filed and that matter was reassigned. As the effect of the parties' stipulation would be to include in this action the party in which the undersigned holds a disqualifying interest, recusal from the cases numbered above is now required. This order is without prejudice to any determination after reassignment as to how the cases should proceed.

1

2      **IT IS SO ORDERED**.

3

4      Dated:  May 3, 2019

5                                                                    _____

6                                                                    RICHARD SEEBORG
                                                                     United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

CASE NO. 18-cv-03509-RS

2