1  STEPHEN P. BLAKE (SBN 260069)
   SIMPSON THACHER & BARTLETT LLP
2  2475 Hanover Street
   Palo Alto, California 94304
3  Telephone:   (650) 251-5000
   Facsimile:   (650) 251-5002
4  Email:       sblake@stblaw.com

5
   *Attorneys for Defendants Lewis Chew, Fred J.*
6  *Fowler, Richard C. Kelly, Roger H. Kimmel,*
   *Richard A. Meserve, Eric D. Mullins, Forrest*
7  *E. Miller, Rosendo G. Parra, Barbara L. Rambo,*
   *Maryellen C. Herringer, Jeh C. Johnson, Barry*
8  *Lawson Williams, and Anne Shen Smith*

9  [Additional counsel in signature block]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| WILLIAMS, derivatively on behalf of PG&E CORP. and PACIFIC GAS AND ELECTRIC COMPANY,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ANTHONY F. EARLEY, JR., JASON P. WELLS, GEISHA J. WILLIAMS, PATRICK M. HOGAN, JULIE M. KANE, DINYAR B. MISTRY, DAVID S. THOMASON, LEWIS CHEW, FRED J. FOWLER, MARYELLEN C. HERRINGER, JEH C. JOHNSON, RICHARD C. KELLY, ROGER H. KIMMEL, RICHARD A. MESERVE, FORREST E. MILLER, ERIC D. MULLINS, ROSENDO G. PARRA, BARBARA L. RAMBO, ANNE SHEN SMITH, NICKOLAS STAVROPOULOS, AND BARRY LAWSON WILLIAMS,<br><br>　　　　　　　Defendants,<br>　　　　　　　and<br>PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY,<br><br>　　　　　　　Nominal Defendant. | Case No. 5:18-cv-07128-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER SUBSTITUTING THE PG&E FIRE VICTIM TRUST AS PLAINTIFF**<br><br>**CURRENT CMC DATE: JAN. 21, 2021** |

STIPULATION AND [PROPOSED] ORDER SUBSTITUTING PLAINTIFF　　　Case No. 18-cv-07128-EJD

1     **WHEREAS**, on December 21, 2018, Plaintiff Ron Williams ("Plaintiff") filed the present shareholder derivative complaint on behalf of Nominal Defendants PG&E Corporation and Pacific Gas and Electric Company ("PG&E") against the Individual Defendants;[1]

    **WHEREAS**, on January 29, 2019, PG&E commenced a voluntary Chapter 11 proceeding (the "Chapter 11 Cases") in the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court");

    **WHEREAS**, on February 1, 2019, PG&E filed a Notice of Suggestion of Pendency of Bankruptcy, informing the Court of the Chapter 11 Cases and advising that the above-captioned matter had been automatically stayed pursuant to Section 362(a) of the Bankruptcy Code (the "Automatic Stay");

    **WHEREAS**, in light of the Automatic Stay, the parties previously stipulated to continue the Case Management Conference ("CMC") several times, and a CMC is currently set for January 21, 2021;

    **WHEREAS**, on June 20, 2020, the Bankruptcy Court entered an order [Dkt. No. 8053] (the "Confirmation Order") confirming the Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020 [Dkt. No. 8048] (as it may be amended, modified, or supplemented and together with any exhibits or schedules thereto, the "Plan");

    **WHEREAS**, the Effective Date for the Plan was July 1, 2020;[2]

    **WHEREAS**, pursuant to the Plan and the Confirmation Order, as of the Effective Date, certain of the claims against PG&E's former officers and directors were assigned to the PG&E Fire Victim Trust, as set forth in the Confirmation Order and Plan (such assigned claims, the "Assigned D&O Rights and Causes of Action");

---

[1] The "Individual Defendants" named in the complaint include: Anthony F. Earley, Jr., Jason P. Wells, Geisha J. Williams, Patrick M. Hogan, Julie M. Kane, Dinyar B. Mistry, David S. Thomason, Lewis Chew, Fred J. Fowler, Maryellen C. Herringer, Jeh C. Johnson, Richard C. Kelly, Roger H. Kimmel, Richard A. Meserve, Forrest E. Miller, Eric D. Mullins, Rosendo G. Parra, Barbara L. Rambo, Anne Shen Smith, Nickolas Stavropoulos, and Barry Lawson Williams.

[2] Terms not otherwise defined herein shall have the meaning ascribed to them in the Plan.

**WHEREAS**, Justice John Trotter (Ret.) has been appointed as the Trustee of the PG&E Fire Victim Trust, with full authority to pursue the Assigned D&O Rights and Causes of Action on behalf of the PG&E Fire Victim Trust consistent with the terms of the PG&E Fire Victim Trust Documents and the Plan and Confirmation Order, and has retained Cotchett, Pitre & McCarthy, LLP; Bottini & Bottini, Inc.; Walkup, Melodia, Kelly & Schoenberger; Dreyer, Babich, Buccola, Wood, Campora LLP; and Corey, Luzaich, de Ghetaldi & Riddle LLP to represent the Fire Victim Trust with respect to certain of the claims in this case and related cases against the former officers and directors;

**WHEREAS** the Ron Williams has agreed that it is appropriate to substitute the Trust for him as Plaintiff in this case;

**WHEREAS** the Individual Defendants consent to the substitution agreed between Ron Williams and the Trust, provided that such substitution is without prejudice to their positions and defenses vis-à-vis Plaintiff, the Trust and/or PG&E in the case and any other putative derivative cases currently pending or filed in the future, and including, but not limited to, challenges to the propriety and sufficiency of the complaint and/or any future amended or consolidated complaints, the standing of Plaintiff or the Trust to have asserted or in the future assert any claims, and the timeliness of any claims that have been asserted or will be asserted in the future, all of which are expressly reserved and preserved;

**NOW, THEREFORE**, the parties stipulate and respectfully request that the Court enter the [proposed] order providing as follows:

1. John Trotter, Trustee of the PG&E Fire Victim Trust shall be substituted as the Plaintiff in this case, and his undersigned counsel is substituted as counsel for Plaintiff, such substitution being without prejudice to the parties' respective positions and defenses in the case, all of which are expressly reserved and preserved; and

2. Directing the clerk to change the caption of the case to be *John Trotter, Trustee of the PG&E Fire Victim Trust, Plaintiff v. Earley et al.*, Case No. 5:18-cv-04698-EJD.

| | | |
|---|---|---|
| 1 | **IT IS SO STIPULATED.** | |
| 2 | Dated: January 7, 2021 | **SIMPSON THACHER & BARTLETT LLP** |
| 3 | | By: */s/ Stephen P. Blake* |
| 4 | | STEPHEN P. BLAKE (SBN 260069) |
| | | 2475 Hanover Street |
| 5 | | Palo Alto, California 94304 |
| | | Telephone: (650) 251-5000 |
| 6 | | Facsimile: (650) 251-5002 |
| 7 | | Email: sblake@stblaw.com |
| 8 | | PAUL C. CURNIN (*pro hac vice*) |
| | | NICHOLAS GOLDIN (*pro hac vice* forthcoming) |
| 9 | | SARA RICCIARDI (*pro hac vice* forthcoming) |
| 10 | | 425 Lexington Avenue |
| | | New York, NY 10017 |
| 11 | | Telephone: (212) 455-2000 |
| | | Facsimile: (212) 455-2502 |
| 12 | | Email: pcurnin@stblaw.com |
| | | Email: ngoldin@stblaw.com |
| 13 | | Email: sricciardi@stblaw.com |
| 14 | | *Attorneys for Defendants Lewis Chew, Fred* |
| 15 | | *J. Fowler, Richard C. Kelly, Roger H.* |
| | | *Kimmel, Richard A. Meserve, Eric D.* |
| 16 | | *Mullins, Forrest E. Miller, Rosendo G.* |
| | | *Parra, Barbara L. Rambo, Maryellen C.* |
| 17 | | *Herringer, Jeh C. Johnson, Barry Lawson* |
| 18 | | *Williams, and Anne Shen Smith* |
| 19 | Dated: January 7, 2021 | **LATHAM & WATKINS LLP** |
| 20 | | By: */s/ Michael J. Reiss* |
| 21 | | MICHAEL J. REISS (SBN 275021 |
| | | 355 South Grand Avenue, Suite 100 |
| 22 | | Los Angeles, CA 90071 |
| | | Telephone: (213) 485-1234 |
| 23 | | Facsimile: (213) 891-8763 |
| 24 | | Email: michael.reiss@lw.com |
| 25 | | **LATHAM & WATKINS LLP** |
| | | JAMES E. BRANDT (*pro hac vice* forthcoming) |
| 26 | | 885 Third Avenue |
| | | New York, NY 10022 |
| 27 | | Telephone: (212) 906-1200 |
| 28 | | Facsimile: (212) 751-4864 |

Email: james.brandt@lw.com

*Attorneys for Nominal Defendant PG&E and Pacific Gas and Electric Company*

Dated: January 7, 2021     **MCDERMOTT WILL & EMERY LLP**

By:   */s/ Jason D. Strabo*
JASON D. STRABO (SBN 246426)

GREGORY R. JONES (SBN 229858)
2049 Century Park East, 38th Floor
Los Angeles, California 90067
Telephone:   (310) 277-4110
Facsimile:   (310) 277-4730
Email:   gjones@mwe.com
Email:   jstrabo@mwe.com

STEVE SCHOLES (*pro hac vice* forthcoming)
444 West Lake Street
Chicago, IL 60606-0029
Email:   sscholes@mwe.com

*Attorneys for Defendants Geisha J. Williams, Jason P. Wells, Anthony F. Earley, Jr., Julie M. Kane, Nickolas Stavropoulos, Dinyar B. Mistry, David S. Thomason, and Patrick M. Hogan*

DATED: January 7, 2021     **THE BROWN LAW FIRM, P.C.**

By:   */s/ Robert Charles Moest*
ROBERT CHARLES MOEST (SBN 62166)

2530 Wilshire Blvd., Second Floor
Santa Monica, CA 90403
Telephone: (310) 915-6628
Facsimile: (310) 915-9897
Email: rmoest@aol.com

LESLIE R. STERN (*pro hac vice* forthcoming)
NATHANIEL L. ORENSTEIN (*pro hac vice* forthcoming)

**THE BROWN LAW FIRM, P.C.**
TIMOTHY W. BROWN (*pro hac vice* forthcoming)
240 Townsend Square
Oyster Bay, NY 11771
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Attorneys for Plaintiff Ron Williams*

Dated: January 7, 2021      **BOTTINI & BOTTINI, INC.**
FRANCIS A. BOTTINI, JR. (SBN 175783)
ALBERT Y. CHANG (SBN 296065)
YURY A. KOLESNIKOV (SBN 271173)


By:    */s/ Francis A. Bottini, Jr.*
FRANCIS A. BOTTINI, JR.
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone:   (858) 914-2001
Facsimile:   (858) 914-2002
E-mail:   fbottini@bottinilaw.com
E-mail:   achang@bottinilaw.com
E-mail:   ykolesnikov@bottinilaw.com

**COTCHETT, PITRE & MCCARTHY, LLP**
Frank M. Pitre (SBN 100077)
Mark C. Molumphy (SBN 168009)
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

**WALKUP, MELODIA, KELLY & SCHOENBERGER**
Khaldoun A. Baghdadi (SBN 190111)
Michael A. Kelly (SBN 71460)
650 California Street
San Francisco, CA 94108
Telephone: (415) 889-2919
Facsimile: (415) 391-6965
E-mail:   kbaghdadi@WalkupLawOffice.com
E-mail:   mkelly@WalkupLawOffice.com

**DREYER, BABICH, BUCCOLA, WOOD, CAMPORA LLP**
Steven M. Campora (SBN 110909)
20 Bicentennial Circle
Sacramento, CA 95826
Telephone: (916) 379-3500
Facsimile: (916) 379-3599
E-mail:   scampora@dbbwc.com

| | |
|---|---|
| 1 | **COREY, LUZAICH, DE GHETALDI & RIDDLE LLP** |
| 2 | Dario de Ghetaldi (SBN 126782) |
| | Amanda L. Riddle (SBN 215221) |
| 3 | 700 El Camino Real |
| | Millbrae, CA 94030 |
| 4 | Telephone: (650) 871-5666 |
| | Facsimile: (650) 871-4144 |
| 5 | E-mail: alr@coreylaw.com |
| 6 | E-mail def@coreylaw.com |
| 7 | *Attorneys for Plaintiff John Trotter, Trustee of the PG&E Fire Victim Trust* |

\*     \*     \*

Pursuant to stipulation of the parties,

**IT IS SO ORDERED**

_____
EDWARD J. DAVILA
UNITED STATES DISTRICT COURT JUDGE

**ATTESTATION CLAUSE**

I, Stephen P. Blake, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Substituting the Fire Victim Trust as Plaintiff. I hereby attest that the above-signed counsel have concurred in this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 7th day of January, 2021 at San Francisco, California.

                                            SIMPSON THACHER & BARTLETT LLP

                                            By: */s/ Stephen Blake*
                                            Stephen P. Blake

*Attorneys for Defendants Lewis Chew, Fred J. Fowler, Richard C. Kelly, Roger H. Kimmel, Richard A. Meserve, Eric D. Mullins, Forrest E. Miller, Rosendo G. Parra, Barbara L. Rambo, Maryellen C. Herringer, Jeh C. Johnson, Barry Lawson Williams, and Anne Shen Smith*