**COTCHETT, PITRE & MCCARTHY, LLP**
Frank M. Pitre (SBN 100077)
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
Email: fpitre@cpmlegal.com

**BOTTINI & BOTTINI, INC.**
Francis A. Bottini, Jr. (SBN 175783)
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001
Facsimile: (858) 914-2002
E-mail: fbottini@bottinilaw.com

*Attorneys for John Trotter, Trustee of the PG&E Fire Victim Trust*

[Additional counsel appear in signature block]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JOHN TROTTER, Trustee of the PG&E FIRE VICTIM TRUST,<br><br>       Plaintiff,<br>  v.<br>ANTHONY F. EARLEY, JR., JASON P. WELLS, GEISHA J. WILLIAMS, PATRICK M. HOGAN, JULIE M. KANE, DINYAR B. MISTRY, DAVID S. THOMASON, LEWIS CHEW, FRED J. FOWLER, MARYELLEN C. HERRINGER, JEH C. JOHNSON, RICHARD C. KELLY, ROGER H. KIMMEL, RICHARD A. MESERVE, FORREST E. MILLER, ERIC D. MULLINS, ROSENDO G. PARRA, BARBARA L. RAMBO, ANNE SHEN SMITH, NICKOLAS STAVROPOULOS, and BARRY LAWSON WILLIAMS,<br>       Defendants,<br>  and<br>PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY,<br>       Nominal Defendant. | Case No. 5:18-cv-07128-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER VOLUNTARILY DISMISSING ACTION** |

STIPULATION AND [PROPOSED] ORDER RE: VOLUNTARY DISMISSAL    Case No. 18-cv-07128-EJD

**WHEREAS**, on December 21, 2018, Plaintiff Ron Williams filed the present shareholder derivative complaint on behalf of Nominal Defendant PG&E Corporation and Pacific Gas and Electric Company ("PG&E") against the Individual Defendants;[1]

**WHEREAS**, on January 29, 2019, PG&E commenced a voluntary Chapter 11 proceeding (the "Chapter 11 Cases") in the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court");

**WHEREAS**, Justice John Trotter (Ret.) has been appointed as the Trustee of the PG&E Fire Victim Trust, with full authority to pursue the Assigned D&O Rights and Causes of Action on behalf of the PG&E Fire Victim Trust consistent with the terms of the PG&E Fire Victim Trust Documents and the Plan and Confirmation Order;

**WHEREAS**, on January 7, 2021, the Court entered an order substituting the Trust for Ron Williams as Plaintiff;

**WHEREAS**, the Trust has elected to pursue the relevant claims through related, first-filed actions pending in San Francisco Superior Court, and thus desires to voluntarily dismiss this action without prejudice;

**NOW, THEREFORE**, the parties stipulate and respectfully request that the Court enter the [proposed] order providing as follows:

1. Pursuant to F.R.C.P. 41(a), Plaintiff voluntarily dismisses this action, with all parties to bear their own costs and fees.

**IT IS SO STIPULATED.**

/ / /

/ / /

/ / /

---

[1] The "Individual Defendants" named in the complaint include: Anthony F. Earley, Jr., Jason P. Wells, Geisha J. Williams, Patrick M. Hogan, Julie M. Kane, Dinyar B. Mistry, David S. Thomason, Lewis Chew, Fred J. Fowler, Maryellen C. Herringer, Jeh C. Johnson, Richard C. Kelly, Roger H. Kimmel, Richard A. Meserve, Forrest E. Miller, Eric D. Mullins, Rosendo G. Parra, Barbara L. Rambo, Anne Shen Smith, Nickolas Stavropoulos, and Barry Lawson Williams.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: March 3, 2021 | **BOTTINI & BOTTINI, INC.**<br>FRANCIS A. BOTTINI, JR. (SBN 175783) |
| 3 | | ALBERT Y. CHANG (SBN 296065)<br>YURY A. KOLESNIKOV (SBN 271173) |
| 4 | | |
| 5 | | By:  */s/ Francis A. Bottini, Jr.* |
| 6 | | FRANCIS A. BOTTINI, JR.<br>7817 Ivanhoe Avenue, Suite 102 |
| 7 | | La Jolla, California 92037<br>Telephone:   (858) 914-2001 |
| 8 | | Facsimile:    (858) 914-2002<br>E-mail:         fbottini@bottinilaw.com |
| 9 | | E-mail:         achang@bottinilaw.com<br>E-mail:         ykolesnikov@bottinilaw.com |
| 10 | | |
| 11 | | **COTCHETT, PITRE & MCCARTHY, LLP**<br>Frank M. Pitre (SBN 100077) |
| 12 | | Mark C. Molumphy (SBN 168009)<br>San Francisco Airport Office Center |
| 13 | | 840 Malcolm Road, Suite 200<br>Burlingame, California 94010 |
| 14 | | Telephone: (650) 697-6000 |
| 15 | | Facsimile:  (650) 697-0577 |
| 16 | | **WALKUP, MELODIA, KELLY &** |
| 17 | | **SCHOENBERGER**<br>Khaldoun A. Baghdadi (SBN 190111) |
| 18 | | Michael A. Kelly (SBN 71460)<br>650 California Street |
| 19 | | San Francisco, CA 94108<br>Telephone: (415) 889-2919 |
| 20 | | Facsimile: (415) 391-6965<br>E-mail:    kbaghdadi@WalkupLawOffice.com |
| 21 | | E-mail:    mkelly@WalkupLawOffice.com |
| 22 | | **DREYER, BABICH, BUCCOLA, WOOD,** |
| 23 | | **CAMPORA  LLP**<br>Steven M. Campora (SBN 110909) |
| 24 | | 20 Bicentennial Circle<br>Sacramento, CA 95826 |
| 25 | | Telephone: (916) 379-3500 |
| 26 | | Facsimile: (916) 379-3599<br>E-mail:    scampora@dbbwc.com |
| 27 | | |
| 28 | | |

STIPULATION AND [PROPOSED] ORDER RE: VOLUNTARY DISMISSAL     Case No. 18-cv-07128-EJD

2

| | |
|---|---|
| | **COREY, LUZAICH, DE GHETALDI & RIDDLE LLP**<br>Dario de Ghetaldi (SBN 126782)<br>Amanda L. Riddle (SBN 215221)<br>700 El Camino Real<br>Millbrae, CA 94030<br>Telephone: (650) 871-5666<br>Facsimile: (650) 871-4144<br>E-mail: alr@coreylaw.com<br>E-mail def@coreylaw.com<br><br>*Attorneys for Plaintiff John Trotter, Trustee of the PG&E Fire Victim Trust* |
| Dated: March 3, 2021 | **SIMPSON THACHER & BARTLETT LLP**<br><br>By: ___/s/ Stephen P. Blake___<br>STEPHEN P. BLAKE (SBN 260069)<br>2475 Hanover Street<br>Palo Alto, California 94304<br>Telephone: (650) 251-5000<br>Facsimile: (650) 251-5002<br>Email: sblake@stblaw.com<br><br>PAUL C. CURNIN (*pro hac vice*)<br>NICHOLAS GOLDIN (*pro hac vice* forthcoming)<br>SARA RICCIARDI (*pro hac vice* forthcoming)<br>425 Lexington Avenue<br>New York, NY 10017<br>Telephone: (212) 455-2000<br>Facsimile: (212) 455-2502<br>Email: pcurnin@stblaw.com<br>Email: ngoldin@stblaw.com<br>Email: sricciardi@stblaw.com<br><br>*Attorneys for Defendants Lewis Chew, Fred J. Fowler, Richard C. Kelly, Roger H. Kimmel, Richard A. Meserve, Eric D. Mullins, Forrest E. Miller, Rosendo G. Parra, Barbara L. Rambo, Maryellen C. Herringer, Jeh C. Johnson, Barry Lawson Williams, and Anne Shen Smith* |

STIPULATION AND [PROPOSED] ORDER RE: VOLUNTARY DISMISSAL    Case No. 18-cv-07128-EJD

3

| | | |
|---|---|---|
| 1 | Dated: March 3, 2021 | **LATHAM & WATKINS LLP** |
| 2 | | By: _/s/ Michael J. Reiss_ |
| 3 | | MICHAEL J. REISS (SBN 275021 |
| | | 355 South Grand Avenue, Suite 100 |
| 4 | | Los Angeles, CA 90071 |
| | | Telephone: (213) 485-1234 |
| 5 | | Facsimile: (213) 891-8763 |
| 6 | | Email: michael.reiss@lw.com |
| 7 | | **LATHAM & WATKINS LLP** |
| | | JAMES E. BRANDT (*pro hac vice* forthcoming) |
| 8 | | 885 Third Avenue |
| | | New York, NY 10022 |
| 9 | | Telephone: (212) 906-1200 |
| 10 | | Facsimile: (212) 751-4864 |
| | | Email: james.brandt@lw.com |
| 11 | | |
| | | *Attorneys for Nominal Defendant PG&E and* |
| 12 | | *Pacific Gas and Electric Company* |
| 13 | Dated: March 3, 2021 | **MCDERMOTT WILL & EMERY LLP** |
| 14 | | |
| | | By: _/s/ Jason D. Strabo_ |
| 15 | | JASON D. STRABO (SBN 246426) |
| 16 | | |
| | | GREGORY R. JONES (SBN 229858) |
| 17 | | 2049 Century Park East, 38th Floor |
| | | Los Angeles, California 90067 |
| 18 | | Telephone: (310) 277-4110 |
| | | Facsimile: (310) 277-4730 |
| 19 | | Email: gjones@mwe.com |
| | | Email: jstrabo@mwe.com |
| 20 | | |
| 21 | | STEVE SCHOLES (*pro hac vice* forthcoming) |
| | | 444 West Lake Street |
| 22 | | Chicago, IL 60606-0029 |
| | | Email: sscholes@mwe.com |
| 23 | | |
| | | *Attorneys for Defendants Geisha J. Williams,* |
| 24 | | *Jason P. Wells, Anthony F. Earley, Jr., Julie M.* |
| | | *Kane, Nickolas Stavropoulos, Dinyar B. Mistry,* |
| 25 | | *David S. Thomason, and Patrick M. Hogan* |
| 26 | | |
| 27 | | |
| 28 | | |

Pursuant to stipulation of the parties,

**IT IS SO ORDERED.**

Dated: _____

                                            EDWARD J. DAVILA
                                            UNITED STATES DISTRICT COURT JUDGE

| | |
|---|---|
| 1 | **ATTESTATION CLAUSE** |
| 2 | I, Francis A. Bottini, Jr., am the ECF User whose identification and password are being |
| 3 | used to file this Stipulation and [Proposed] Order Voluntarily Dismissing Action. I hereby |
| 4 | attest that the above-signed counsel have concurred in this filing. I declare under penalty of |
| 5 | perjury under the laws of the United States of America that the foregoing is true and correct. |
| 6 | Executed this 3rd day of March, 2021 at La Jolla, California. |

**BOTTINI & BOTTINI, INC.**
FRANCIS A. BOTTINI, JR. (SBN 175783)

By: */s/ Francis A. Bottini, Jr.*
FRANCIS A. BOTTINI, JR.
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001
Facsimile: (858) 914-2002
E-mail: fbottini@bottinilaw.com